UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
      v. )    NO. _____ 6:06-mj-021
      _Jeffrey Thane Steward_ )             w-mc-
)
        Defendant. )    **DETENTION ORDER**
)

A.  Order For Detention
    After conducting a detention hearing pursuant to 18 U.S.C. §3142(f) of the Bail Reform
Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. §3142(e) and (i).

B.  Statement Of Reasons For The Detention
    The Court orders the defendant's detention because it finds:
    __✓__ By a preponderance of the evidence that no condition or combination of conditions
    will reasonably assure the appearance of the defendant as required.
    _____ By clear and convincing evidence that no condition or combination of conditions
    will reasonably assure the safety of any other person and the community.

C.  Finding Of Fact
    The Court's findings are based on the evidence which was presented in Court and that
which was contained in the Pretrial Services Report, and includes the following:
    __✓__ (1) Nature and circumstances of the offense charged:
        __✓__ (a) The crime: _Speeding, ~~Fail~~ Open Container_
        _____
        is a serious crime and carries a maximum penalty of _____.
      _____ (b) The offense is a crime of violence.
      _____ (c) The offense involves a narcotic drug.
      _____ (d) The offense involves a large amount of controlled substances, to wit:
      _____
    _____ (2) The weight of the evidence against the defendant is high.
    _____ (3) The history and characteristics of the defendant including:
        (a) General Factors:
          _____ The defendant appears to have a mental condition which may
          affect whether the defendant will appear.
          _____ The defendant has no family ties in the area.
          _____ The defendant has no steady employment.
          _____ The defendant has no substantial financial resources.
          _____ The defendant is not a long time resident of the community.
          _____ The defendant does not have any significant community ties.
          _____ Past conduct of the defendant: _____
          _____
          _____ The defendant has a history relating to drug abuse.
          _____ The defendant has a history relating to alcohol abuse.
          _____ The defendant has a significant prior criminal record.
          __✓__ The defendant has a prior record of failure to appear at court
          proceedings.

WHITE COPY · FILED WITH THE COURT
PINK COPY · U.S. ATTORNEY
YELLOW COPY · DEFENSE COUNSEL
GREEN COPY · PRE TRIAL SERVICES

DETENTION ORDER - Page 2

(b) Whether the defendant was on probation, parole, or release by a court:
 At the time of the current arrest, the defendant was on:
 _____ Probation
 _____ Parole
 _____ Release pending trial, sentence, appeal or completion of sentence.
(c) Other Factors:
 _____ The defendant is an illegal alien and is subject to deportation.
 _____ The defendant is a legal alien and will be subject to deportation
 if convicted.
 _____ Other: _____
 _____
 _____
 _____

_____ (4) The nature and seriousness of the danger posed by the defendant's release are
 as follows: _____
 _____
 _____

_____ (5) Rebuttable Presumptions
 In determining that the defendant should be detained, the Court also relied on the
following rebuttable presumption(s) contained in 18 U.S.C. §3142(e) which the Court finds the
defendant has not rebutted:
 _____ a. That no condition or combination of conditions will reasonably assure
  the appearance of the defendant as required and the safety of any other
  person and the community because the Court finds that the crime involves:
  _____ (A) A crime of violence; or
  _____ (B) An offense for which the maximum penalty is life imprisonment
   or death; or
  _____ (C) A controlled substance violation which has a maximum penalty
   of 10 years or more; or
  _____ (D) A felony after the defendant had been convicted or two or
   more prior offenses described in (A) through (C) above,
  and the defendant has a prior conviction for one of the crimes mentioned
  in (A) through (C) above which is less than five years old and which
  was committed while the defendant was on pretrial release.
 _____ b. That no condition or combination of conditions will reasonably assure
  the appearance of the defendant as required and the safety of the community
  because the Court finds that there is probable cause to believe:
  _____ (A) That the defendant has committed a controlled substance
   violation which has a maximum penalty of 10 years or more.
  _____ (B) That the defendant has committed an offense under 18 U.S.C.
   §924(c) (uses or carries a firearm during and in relation
   to any crime of violence, including a crime of violence,
   which provides for an enhanced punishment if committed
   by the use of a deadly or dangerous weapon or device).

D. Additional Directives
 Pursuant to 18 U.S.C. §3142(i)(2)-(4), the Court directs that:
  The defendant be committed to the custody of the Attorney General for confinement
 in a corrections facility separate, to the extent practicable from persons awaiting
 or serving sentences or being held in custody pending appeal; and
  The defendant be afforded reasonable opportunity for private consultation
 with his ocunsel; and
  That, on order of a court of the United States, or on request of an attorney
 for the Government, the person in charge of the corrections facility in which the
 defendant is confined deliver the defendant to a United States Marshal for the
 purpose of an appearance in connection with a court proceeding.

DATED: _____10-24-06_____

_____
UNITED STATES MAGISTRATE

FPI-LOM