## UNITED STATES DISTRICT COURT
Eastern   District of   California

JUDGMENT

UNITED STATES OF AMERICA

V.                                    Case Number: 6:06-MJ-00213-WMW

Jeffery Stewart                       Steve Betz, A.F.D.
                                      Defendant's Attorney

*THE DEFENDANT:*

[X]   Pleaded guilty to counts one, two                                             .

*Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:*

| Title & Section | Nature of Offense | Count Number(s) | Date of Offense |
|---|---|---|---|
| 36 CFR 4.23(a)(1) | DUI | One | 10/21/06 |
| 36 CFR 4.2b/CVC 14601.2(a) | Driving while Suspended for DUI | Two | 10/21/06 |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

*Defendant's Soc. Sec. Number:*          November 14, 2006
xxx-xx-xxxx                              *Date of Imposition of Sentence*

*Defendant's mailing address:*
                                         November 21, 2006
                                         *Signature of Judicial Officer*

                                         William M. Wunderlich
*Defendant's residence address:*         U.S. Magistrate Judge
                                         *Name and Title of Judicial Officer*

                                         *Date:*   11/21/2006

*Defendant:* JEFFREY T STEWART
*Case Number:* 6:06-MJ-00213-WMW

## SUPERVISED RELEASED

*The defendant is hereby placed on supervised released for a term of:*

12 MONTHS

*While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess controlled substances. The defendant shall also comply with the standard conditions that have been adopted by this court (set forth below) and shall comply with the following additional conditions:*

1. Serve 90 days custody, credit for 25 days served for a total of 65 days pursuant to 18 USC 3563(b)(10).

2. Pay special assessment of $20 by to the Clerk's Office, 501 "I" St., #4200, Sacramento, CA 95814.

3. Defendant shall not use or possess alcohol and attend AA meetings with proof to court.

4. Defendant shall submit to alcohol testing at the request of Probation.

5. Not to operate a motor vehicle without a valid driver's license, regist4ration and current insurance.

6. The Defendant shall not drive a vehicle with any detectable amount of alcohol.